UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BUDDY MILLER,<br><br>Defendant. | Case No. 2:18-cr-00205-RFB-GWF-<br><br>**ORDER** |

This matter is before the Court on Heidi A. Ojeda, Esq.'s Sealed Ex Parte Motion to Withdraw as Counsel for Defendant (ECF No. 28) filed on July 17, 2019. Upon review and consideration and with good cause appearing therefor, the Court will grant Ms. Ojeda's request to withdrawal as counsel.

**IT IS HEREBY ORDERED** that Heidi A. Ojeda, Esq.'s Sealed Ex Parte Motion to Withdraw as Counsel for Defendant (ECF No. 28), is **granted**.

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel.

**IT IS FURTHER ORDERED** that counsel shall appear at a hearing before the Court on **Friday, July 26, 2019** at 9:30 AM in LV Courtroom 3A.

Dated this 18th day of July, 2019.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1