RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Buddy Miller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BUDDY MILLER,<br><br>    Defendant. | Case No. 2:18-cr-00205-RFB-EJY-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Buddy Miller, that the Revocation Hearing currently scheduled on January 12, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.   Mr. Miller is awaiting the outcome of a new charge allegation that is the subject of this supervised release violation petition.

2.   The defendant is in custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

1    This is the fourth request for a continuance of the revocation hearing.

2    DATED this 29th day of December, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ Jawara Griffin*  By */s/ Robert Knief*
JAWARA GRIFFIN   ROBERT KNIEF
Assistant Federal Public Defender   Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BUDDY MILLER,<br><br>            Defendant. | Case No. 2:18-cr-00205-RFB-EJY-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 12, 2024 at 8:15 a.m., be vacated and continued to May 28, 2024 at 9:00 a.m.

   DATED this 29th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE