RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Buddy Miller

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUDDY MILLER,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00205-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Buddy Miller, that the Revocation Hearing currently scheduled on May 28, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

1. Mr. Miller has a pending indictment for a new law violation that is the subject of this supervised release violation petition. *See* 2:23-cr-00064-RFB-BNW.

2. Trial on the new law violation is set for August 26, 2024.

3. Mr. Miller cannot resolve the supervised release violation petition until the new law violation is resolved.

4. Mr. Miller is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED May 9, 2024.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Robert Knief*  
ROBERT KNIEF  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUDDY MILLER,<br><br>　　　　Defendant. | Case No. 2:18-cr-00205-RFB-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 28, 2024 at 9:00 a.m., be vacated and continued to September 4, 2024 at 9:15 a.m.

DATED this 10th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

3