RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Buddy Miller

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00205-RFB-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| BUDDY MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Buddy Miller, that the Revocation Hearing currently scheduled on September 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Miller has a pending indictment for a new law violation that is the subject of this supervised release violation petition. *See* 2:23-cr-00064-RFB-BNW.

2. Counsel for the defendant will be out of the country from August 21 through September 10, which includes both the currently scheduled trial date and currently scheduled revocation hearing date.

3. Concurrently with this stipulation, the parties are filing a stipulation to continue the trial date.

4. Mr. Miller cannot resolve the supervised release violation petition until the new law violation is resolved.

5. Mr. Miller is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED July 16, 2024.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Lauren Ibanez*  
LAUREN IBANEZ  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>BUDDY MILLER,<br><br>             Defendant. | Case No. 2:18-cr-00205-RFB-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 4, 2024 at 9:15 a.m., be vacated and continued to December 5, 2024 at 9:15 a.m.

DATED thi 17th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE