UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUDDY MILLER,<br><br>　　　　Defendant. | Case No. 2:18-cr-00205-RFB-EJY-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, December 5, 2024 at 8:00 a.m., be vacated and continued to April 18, 2025 at 9:15 a.m.

　　DATED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE